## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 3:99-cr-0006 |
| | ) |
| **DEVIN HODGE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

**BEFORE THE COURT** is Devin Hodge's ("Hodge") *pro se* Motion for Compassionate Release, ECF No. 352, filed on November 10, 2020. The motion the Court received was printed in a manner that cut off the top few lines of each page. As a result, the Court is unable to fully consider the information and argument put forth in Hodge's motion.

The premises considered, it is hereby

**ORDERED** that, to the extent Hodge seeks for the Court to consider the full argument in his Motion for Compassionate Release, Hodge shall, by no later than December 10, 2020, re-file a full and complete Motion with complete printed pages; and it is further

**ORDERED** that the Clerk's Office shall serve Hodge with a copy of this Order by certified mail return-receipt requested.

**Dated:** November 25, 2020              */s/ Robert A. Molloy*
                                          **ROBERT A. MOLLOY**
                                          **District Judge**