DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:99-cr-0006 |
| DEVIN HODGE, | ) |
| Defendant. | ) |

ORDER OF CRIMINAL APPOINTMENT

**IT IS ORDERED** that Joseph A. DiRuzzo, III is hereby appointed, December 21, 2020, to represent Devin Hodge with respect to his motion for compassionate release (ECF Nos. 357-58), pursuant to 18 U.S.C. § 3582(c)(1)(A). The defendant is presently detained.

**IT IS FURTHER ORDERED** that the Office of the United States Marshal shall serve any and all processes in connection with the above-captioned matter.

Dated: December 21, 2020

/s/ *Robert A. Molloy*
ROBERT A. MOLLOY
DISTRICT JUDGE